Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
GLENN R. HARTLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN R. HARTLEY,<br><br>　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:13-cv-01863-AC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

TO THE HONORABLE ALLISON CLAIRE, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 60-day extension of time, to and including June 3, 2014, in which to file Plaintiff's Opening Brief in Support of the Complaint.

///

///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's caseload has not allowed completion of this motion and counsel seeks a longer extension so as to avoid further requests as counsels calendar is dense through the next month. Counsel seeks this extension in good faith and has taken action to reduce her workload so that she is able to keep up in the future.

DATE: April 3, 2014                Respectfully submitted,

                                          LAWRENCE D. ROHLFING

                                   /s/ *Denise Bourgeois Haley*
                        BY: _____
                             Denise Bourgeois Haley
                             Attorney for plaintiff Mr. Glenn R. Hartley

DATE:  April 3, 2014
                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                   /s/ *Scott J. Borrowman*
                        BY: _____
                             Scott J. Borrowman
                             Special Assistant United States Attorney
                             Attorneys for defendant Carolyn W. Colvin
                             |*authorized by e-mail|

**ORDER**

APPROVED AND SO ORDERED

DATED: April 4, 2014                _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE