UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN R. HARTLEY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:13-cv-01863-AC<br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(15).  Plaintiff filed a complaint on January 22, 2014, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits ("DIB") under Title II of the Social Security Act and supplemental security income ("SSI") under Title XVI of the Act.  On November 12, 2014, the court denied plaintiff's motion for summary judgment, granted defendant's motion for summary judgment, and entered judgment for defendant. ECF Nos. 18, 19.  Currently before the court is plaintiff's motion to alter or amend the court's judgment pursuant to Federal Rule of Civil Procedure 59(e).  ECF No. 20.

In light of the issues raised by plaintiff's motion it is HEREBY ORDERED that:

1.   The Commissioner shall file an opposition to the motion no less than twenty-eight (28) days from the issuance of this order; and

1

2. Plaintiff must file any reply no less than fourteen (14) days from the filing of the Commissioner's opposition.

DATED: December 5, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE